No. 1. Espada v. Willcox.—Solicitud para que se expida auto de Mandamus. Resuelto en Abril 11, 1903. Denegada la solicitud por no ajustarse á la ley. Abogado del demandante: Sr. Tizol.

No. 30. Rivera v. García.—Casación procedente de la Corte de Distrito de Mayagüez. Resuelto en Abril 14, 1903. Se declaró abandonado el recurso interpuesto por haber transcurrido más de un año sin instarse el curso de los autos por la parte recurrente. Abogado del recurrente: Sr. Lopez Landrón.

No. 46. Seinz v. Frau Et Al.—Casación procedente de la Corte de Distrito de Arecibo. Resuelto en Abril 14, 1903. Se declaró nulo todo lo actuado ante el Tribunal Supremo por no haberse notificado la sentencia del inferior á todos los demandados en el pleito, ni habérseles emplazado para su comparecencia ante el Tribunal Supremo. Abogado del recurrente: Sr. Sarmiento. Abogado del recurrido: Sr. Rossy (Manuel F.)

No. 53. Santisteban Chavarry y Compañía v. Sucesión Curet.—Casación procedente de la Corte de Distrito de Arecibo. Resuelto en Abril 14, 1903. Se declaró abandonado el recurso interpuesto por no haberse instado el curso de los autos por la parte recurrente. Abogado del recurrente: Sr. Lopez Landrón.

No. 68. Vazquez v. Rosa Et Al. Casación procedente de la Corte de Distrito de Arecibo. Resuelto en Abril 14, 1903. Se declaró abandonado el recurso interpuesto por haber trascurrido más de un año sin instarse el curso de los autos. Abogado del recurrente: Sr. Lopez Landrón.